UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUDITH T. ROMANO, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 12-7916 |
| v. | : | ORDER |
| A GOLD SERVICES, et al., | : | |
| Defendants. | : | |

Oral argument on the pending motion to dismiss [16] in the above case having been scheduled for Tuesday, September 10, 2013 at 1:30 p.m.; and

Counsel for the parties having agreed to adjourn the argument for personal reasons and in light of some discussion of resolving the matter; and

The parties having communicated their agreement to the Court,

IT IS ORDERED this 3rd day of September, 2013 that the oral argument on the pending motion to dismiss will be rescheduled upon the parties notifying the Court of a mutually agreed upon date; and

IT IS FURTHER ORDERED that the motion to dismiss [16] is hereby administratively terminated until that time.

 /s/ Joseph H. Rodriguez 
JOSEPH H. RODRIGUEZ
U.S.D.J.